Name and address:
Julie A. Shepard
Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>                               v.                          Plaintiff(s)<br><br>GOLDEN STAR RESOURCES LTD., et al.<br><br>                                                      Defendant(s). | CASE NUMBER<br><br>2:20-cv-3047-PA-MRW<br><br>**(ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*)** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Suskin, Howard S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 891-1600    (212) 891-1699
*Telephone Number*    *Fax Number*

HSuskin@jenner.com
*E-Mail Address*

of  Jenner & Block LLP
919 Third Avenue
New York, NY 10022

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Defendants Golden Star Resources Ltd., Sam Coetzer, Andrew Wray, Daniel Oweridu, and Andre van Niekerk.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Shepard, Julie A.
*Designee's Name (Last Name, First Name & Middle Initial)*

175538    (213) 239-5100    (213) 239-5199
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

JShepard@jenner.com
*E-Mail Address*

of  Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[x] **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☒ not be refunded

Dated   May 27, 2020

*signature*

**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1