POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant James F. Schmidt*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>GOLDEN STAR RESOURCES LTD., SAM COETZER, ANDREW WRAY, DANIEL OWIREDU, and ANDRE VAN NIEKERK,<br><br>                    Defendants. | Case No. 2:20-cv-03047-PA-MRW<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF JAMES F. SCHMIDT FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL<br><br>DATE:  June 29, 2020<br>TIME:  1:30 p.m.<br>JUDGE:  Percy Anderson<br>CTRM:  9A, 9th Floor |
| JAMES F. SCHMIDT, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>GOLDEN STAR RESOURCES LTD., SAM COETZER, ANDREW WRAY, DANIEL OWIREDU, and ANDRE VAN NIEKERK,<br><br>                    Defendants. | Case No. 2:20-cv-04701 |

DECLARATION

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of James F. Schmidt ("Schmidt"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Schmidt's motion for consolidation of the above-captioned actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Loss chart reflecting the financial interest of Schmidt in the Related Actions;

Exhibit B:   Notice of pendency of the first-filed of the Related Actions;

Exhibit C:   Shareholder Certification executed by Schmidt; and

Exhibit D:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 1, 2020, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION

1

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti