POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant James F. Schmidt*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STAR RESOURCES LTD., SAM COETZER, ANDREW WRAY, DANIEL OWIREDU, and ANDRE VAN NIEKERK,<br><br>Defendants. | Case No. 2:20-cv-03047-PA-MRW<br><br>STIPULATION APPOINTING CO-LEAD PLAINTIFFS |
| JAMES F. SCHMIDT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STAR RESOURCES LTD., SAM COETZER, ANDREW WRAY, DANIEL OWIREDU, and ANDRE VAN NIEKERK,<br><br>Defendants. | Case No. 2:20-cv-04701-PA-MRW |

STIPULATION

WHEREAS, on April 1, 2020, plaintiff Sergio Grobler ("Grobler") commenced the above-captioned putative class action *Grobler v. Golden Star Resources Ltd. et al.*, 2:20-cv-03047-PA-MRW (the "*Grobler* Action") by filing a complaint against the above-captioned Defendants, alleging violations of the federal securities laws;

WHEREAS, on May 27, 2020, plaintiff James F. Schmidt ("Schmidt") commenced the above-captioned putative class action *Schmidt v. Golden Star Resources Ltd. et al.*, 2:20-cv-04701-PA-MRW (the "*Schmidt* Action" and, together with the *Grobler* Action, the "Related Actions"), by filing a complaint against the above-captioned Defendants—substantively identical to the complaint in the *Grobler* Action—alleging violations of the federal securities laws;

WHEREAS, the Related Actions are governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3) (the "PSLRA"), which provides, in relevant part, that the statutory deadline for a putative class member to seek appointment as Lead Plaintiff in the Related Actions was June 1, 2020;

WHEREAS, on June 1, 2020, both Grobler and Schmidt independently filed motions, pursuant to Fed. R. Civ. P. 42(a) and the PSLRA, seeking consolidation of the Related Actions, appointment as Lead Plaintiff and approval of their respective selections of Lead Counsel (Dkt. Nos. 22, 26);

WHEREAS, no other putative class member has filed a motion seeking appointment as Lead Plaintiff in the Related Actions;

WHEREAS, Grobler and Schmidt agree that the Related Actions involve common questions of law and fact, and therefore consolidation pursuant to Fed. R. Civ. P. 42(a) is appropriate;

WHEREAS, the PSLRA provides, *inter alia*, that the most adequate plaintiff to serve as lead plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Fed. R. Civ. P. 23 (15 U.S.C. § 78u-4(a)(3)(B)(iii));

WHEREAS, Grobler and Schmidt have provided signed, sworn Certifications in support of their respective motions setting forth, *inter alia*, their transactions in Golden Star Resources Ltd. securities, demonstrating that each movant has a significant financial interest in this litigation;

WHEREAS, Grobler and Schmidt agree that each movant has made the requisite *prima facie* showing of typicality and adequacy within the meaning of Fed. R. Civ. P. 23:

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B)(iv) provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the class;

WHEREAS, Schmidt has selected and retained the law firm of Pomerantz LLP ("Pomerantz") and Grobler has retained The Rosen Law Firm, P.A. ("RLF") to pursue this litigation on their respective behalves if they are appointed as Lead Plaintiff;

WHEREAS, having reviewed one another's submissions to the Court, Grobler and Schmidt believe it is in the best interests of the class for Grobler and Schmidt to serve as Co-Lead Plaintiffs and for their selections of counsel, Pomerantz and RLF, to serve as Co-Lead Counsel;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. The Related Actions are hereby consolidated for all purposes under style of *In re Golden Star Resources Ltd. Securities Litigation*, 2:20-cv-03047-PA-MRW;

2. Grobler and Schmidt are hereby appointed Co-Lead Plaintiffs in this Action and any subsequently filed or transferred actions that are consolidated with this Action, pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and

3. Co-Lead Plaintiffs' selections of Pomerantz and RLF as Co-Lead Counsel are hereby approved.

Respectfully submitted,

Dated: June 10, 2020                POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant James F. Schmidt and Proposed Co-Lead Counsel for the Class*

Dated:  June 10, 2020

THE ROSEN LAW FIRM, P.A.

*/s/ Laurence M. Rosen*
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant Sergio Grobler and Proposed Co-Lead Counsel for the Class*