JENNER & BLOCK LLP
JULIE A. SHEPARD (SBN 175538)
JShepard@jenner.com
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Telephone:    (213) 239-5100
Facsimile:    (213) 239-5199

JENNER & BLOCK LLP
HOWARD S. SUSKIN (admitted *pro hac*)
HSuskin@jenner.com
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile:  (312) 840-7604

JENNER & BLOCK LLP
ANDREW J. LICHTMAN (admitted *pro hac vice*)
ALichtman@jenner.com
OLIVIA G. HOFFMAN (admitted *pro hac vice*)
OHoffman@jenner.com
919 Third Avenue
New York, NY 10022-3908
Telephone:  (212) 891-1600
Facsimile:   (212) 891-1699

*Attorneys for Defendants Golden Star*
*Resources Ltd., Sam Coetzer, Andrew Wray,*
*Daniel Oweridu, and Andre van Niekerk*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>       v.<br><br>GOLDEN STAR RESOURCES LTD., et al.,<br><br>                              Defendants. | Case No. 2:20-cv-3047-PA-MRW<br><br>**DEFENDANTS' OBJECTION TO STIPULATION BETWEEN SERGIO GROBLER AND JAMES F. SCHMIDT** |

DEFENDANTS' OBJECTION TO STIPULATION BETWEEN SERGIO GROBLER AND JAMES F. SCHMIDT

As reflected in Defendants' Preliminary Response to the Stipulation Between Sergio Grobler and James F. Schmidt ("Defendants' Preliminary Response"), Defendants only learned of the stipulation between Plaintiffs Sergio Grobler and James F. Schmidt (the "Stipulation") (Dkt. 31) when it was filed on June 10, 2020, and they requested leave to notify this Court on or before June 16, 2020 if they opposed the proposed arrangement. (Dkt. No. 33).

Defendants hereby provide notice that they do object to the Stipulation on grounds that it contravenes the Private Securities Law Reform Act (PSLRA), 15 U.S.C. §78u-4, as has been recognized by other courts in this Circuit that have rejected similar proposed arrangements.   *See In re Advanced Tissue Sciences Securities Litigation*, 184 F.R.D. 346, 351-52 (S.D. Cal. 1998); *Reiger v. Altris Software Inc.*, No. 98cv0528J (JFS), 1998 WL 1986953, at *5–6 (S.D. Cal. Sept. 14, 1998).   Consistent with Defendants' Preliminary Response, Defendants respectfully request leave to submit a memorandum of law in support of this objection on or before June 24, 2020.

Dated:  June 15, 2020                              JENNER & BLOCK LLP


                                        By:   */s/ Julie Shepard*
                                              Julie Shepard

                                              *Attorneys for Defendants*

---