Name and address:
Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GROBLER, Individually and on behalf of all other similarly situated,<br><br>Plaintiff(s)<br>v.<br>GOLDEN STAR RESOURCES LTD., SAM COETZER, ANDREW WRAY, DANIEL OWERIDU, and ANDRE VAN NIEKERK,<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-03047-PA-MRW<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

LaPointe, Brent J.        of    THE ROSEN LAW FIRM, P.A.
*Applicant's Name (Last Name, First Name & Middle Initial)*    275 Madison Avenue, 40th Floor
(212) 686-1060    (212) 202-3827    New York, NY 10016
*Telephone Number*   *Fax Number*
blapointe@rosenlegal.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Sergio Grobler

*Name(s) of Party(ies) Represented*    [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel

Rosen, Laurence M.        of    THE ROSEN LAW FIRM, P.A.
*Designee's Name (Last Name, First Name & Middle Initial)*    355 South Grand Avenue, Suite 2450
219683   (213) 785-2610   (213) 226-4684    Los Angeles, CA 90071
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
lrosen@rosenlegal.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[X] DENIED:  [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
  [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [X] because   Counsel may resubmit the applications when the certificates are available.

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [X] be refunded  [ ] not be refunded.

Dated   July 10, 2020
_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1